Case: 2:24-cv-00267-SMB

```
FILED ____ LODGED
____ RECEIVED ____ COPY

FEB 16 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY
```

Zhang JC
Grand Centre Rm A17 29/F
7 Shing Yip St
Kwun Tong
Kowloon,

(Doc 5, 6)

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

RETURNED FOR 67¢ ADDITIONAL POSTAGE



RECEIVED
FEB 16 2024
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

quadient
FIRST-CLASS MAIL
IMI
$000.88
02/09/2024 ZIP 85003
043M31237949
US POSTAGE