UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Zhang JC, an individual,<br><br>  Plaintiff/Counterdefendant,<br><br>v.<br><br>Chai Research Corp,<br><br>  Defendant/Counterclaimant | Case No. 24-cv-267-SMB<br><br>**[PROPOSED ORDER AND PROPOSED] FINAL JUDGMENT** |

This matter came before the Court on a Motion for Default Judgment and Motion for Summary Judgment filed by Defendant/Counterclaimant Chai Research Corp. ("Chai"). Based on the motion, response (if any) and reply (if any), the Court finds and orders as follows:

**IT IS HEREBY ORDERED** pursuant to Fed. R. Civ. P. 55, Chai's motion for default judgment is **GRANTED** as to Chai's counterclaim. The Court finds, adjudges and decrees Plaintiff/Counterdefendant Zhang JC's registration, use and trafficking of the domain names Chai-ai.app and chainsfw.com constitute cybersquatting under 15 U.S.C. § 1125(d). To the extent such relief has not already been obtained in any administrative or arbitral proceeding brought by Chai pursuant to the Uniform Domain-Name Dispute-Resolution Policy ("UDRP"), the Court finds Chai is entitled to an order of forfeiture or cancellation and transfer to Counterclaimant of the domain names <chai-ai.app> <chainsfw.com> pursuant to 15 U.S.C. § 1125(d)(1)(A)(C).

     **IT IS HEREBY FURTHER ORDERED** pursuant to Fed. R. Civ. P. 56, Chai's motion for summary judgment is **GRANTED** as to all claims for relief set forth in Zhang JC's Complaint. The Court finds based on the pleadings and arguments submitted, there are no material facts in dispute and that Chai is entitled to judgment as a matter of law as to all claims in the Complaint.

     **IT IS HEREBY FURTHER ORDERED** that Chai having advised the Court that it waives any claim to attorney's fees and costs, the Court declines to address the issue of costs or fees.

     DONE AND ORDERED this date.

DATED: _____       _____
                                                           Honorable Susan M. Brnovich
                                                           United States District Judge